**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ANTOINE MOODY, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 1:03-CV-75 (WLS) |
| : | |
| CITY OF ALBANY, ET. AL., : | |
| : | |
| Defendants. : | |

**ORDER**

Presently pending before the Court is Plaintiff's motion to continue the case from the October 3, 2005, Albany trial calender. (Tab 65).  Defendant does not object to the motion.  For good cause shown, the motion to continue the case (Tab 65) is **GRANTED.**  The case is continued to the Court's January 2006 Albany Trial Term, unless earlier, as may be ordered by the Court.

SO ORDERED,  this  29th  day of September, 2005.

/s/W. Louis Sands
**W. Louis Sands, Chief Judge
United States District Court**