**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| ANTOINE MOODY, | : |
|     Plaintiff | : |
| v. | :    1:03-CV-75 (WLS) |
| CITY OF ALBANY, et. al., | : |
|     Defendants | : |

**ORDER**

On May 9, 2006, the Court held a hearing on the pending Motions for Summary Judgment (Doc. 102, 103), at which time the Court determined that further briefing was necessary on the issue of whether a passenger, who exercises no rights of ownership or control over a vehicle, has proper standing to bring a Fourth Amendment claim challenging the initial stop of said vehicle by law enforcement.

Each party is **ORDERED** to file a succinct brief of not more than three (3) pages as to their position, based on the facts in the record, on Plaintiff's ability as a passenger in the vehicle to assert a Fourth Amendment claim as to the stop of said vehicle.  Neither response nor reply briefs will be permitted .  The parties are to submit said briefs to the Court **within ten (10) days** of this Order.

**SO ORDERED**, this   15th   day of May, 2006.

                                                                          /s/W. Louis Sands
                                                                          **W. LOUIS SANDS, CHIEF JUDGE**
                                                                          **UNITED STATES DISTRICT COURT**